### ROST ET AL. *vs.* BYRNE.

APPEAL FROM THE COURT OF THE FIRST JUDICIAL DISTRICT, JUDGE
BUCHANAN PRESIDING.

The plea of the general issue, and compensation by the maker of a note, is an admission of the plaintiff's title to sue on it.

This is an action by the executors of S. Henderson, deceased, against the maker and endorsers of a promissory note.

The endorsers pleaded that they endorsed as the sureties of the maker ; that he is not indebted to Henderson's estate, but, on the contrary, it owes him a balance, which they pray may compensate the plaintiff's claim, and that Byrne's property be discussed.

Byrne, the maker of the note, pleads the general issue, and averred that he is not indebted, but that Henderson's estate is indebted to him in a large sum, which he prays may compensate the demand sued on, and that he have judgment for the balance.

On these pleadings and issues the cause was tried. The plaintiffs produced the notes, protest and certificate of the

EASTERN DIST.
*February*, 1840.

SANDERSON
*vs.*
OAKEY ET AL.

notary in evidence, and had judgment. The defendants made no proof. Byrne, the maker of the note, appealed.

*L. Janin,* for the plaintiffs.

*Rawle,* for the defendant and appellant, insisted there was no proof of the endorsements, and consequently the plaintiffs were not entitled to recover.

*Bullard, J.,* delivered the opinion of the court.

This is an action against the drawer and endorsers of a promissory note. The drawer alone has appealed from a judgment rendered against him. He had pleaded the general issue and compensation. This, in our opinion, was an admission of the plaintiff's title to the note as endorsee. The appeal was evidently taken for delay.

The judgment of the District Court is, therefore, affirmed, with costs, and ten per cent. damages.